JS-6

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | Gottschall | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| Case Number | 00 C 6399 | Date | December 20, 2000 |
| Case Title | Smith v. Elgin Joliet E Rwy | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [use listing in "MOTION" box above]
(2) ☐ Brief in support of motion due _____
(3) ☐ Answer brief to motion due _____ Reply to answer brief due _____
(4) ☐ Ruling/Hearing on _____ set for _____ at _____
(5) ☐ Status hearing ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(6) ☐ Pretrial conf. ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____
(7) ☐ Trial ☐ Set for ☐ re-set for _____ at _____
(8) ☐ Bench Trial ☐ Jury Trial ☐ Hearing held and continued to _____ at _____
(9) ☐ This case is dismissed ☐ without ☐ with prejudice and without costs ☐ by agreement ☐ pursuant to
☐ FRCP 4(j) (failure to serve) ☐ General Rule 21 (want of prosecution) ☐ FRCP 41(a)(1) ☐ FRCP 41(a)(2)
(10) [X] [Other docket entry] Agreed motion by Plaintiff to transfer this cause from the U.S. District Court for the Northern District of Illinois to the U.S. District Court for the Northern District of Indiana, Hammond Division is granted. Enter Order.
(11) [X] [For further detail see] ☐ order on the reverse of [X] order attached to the original minute order form.]

| | |
|---|---|
| ☐ No notices required, advised in open court. | number of notices |
| ☐ No notices required. | |
| ☐ Notices mailed by judge's staff. | FILED FOR DOCKETING |
| ☐ Notified counsel by telephone. | 00 DEC 21 AM 9:30 |
| [X] Docketing to mail notices. | date docketed 12/21/00 |
| ☐ Mail AO 450 form. | docketing dpty. initials C.S. |
| ☐ Copy to judge/magistrate Judge. | date mailed notice |
| RJ courtroom deputy's Initials | Date/time received in central Clerk's Office | mailing dpty. initials |

Document # 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
DEC 21 2000

| | |
|---|---|
| SYLVESTER SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Civil No. 1:00 CV 06399 |
| | ) JUDGE GOTTSCHALL |
| ELGIN, JOLIET & EASTERN | ) |
| RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER

The parties having filed their Agreed Motion to Transfer, and the Court having examined the same and being duly advised in the premises, now Grants said Motion.

IT IS THEREFORE ORDERED that this cause of action is transferred to the ~~Magistrate Judge~~ *JBG*, United States District Court for the Northern District of Indiana, Hammond Division.

Entered: DEC 20 2000

_____
JUDGE, U. S. DISTRICT COURT